IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
        and                        )
                                   )
THE STATE OF ILLINOIS,             )
                                   )
                Plaintiffs,        )          Case No.  3:24-cv-2592-DWD
                                   )
        v.                         )
                                   )
CITY OF EAST ST. LOUIS,            )
ILLINOIS                           )
                                   )
                                   )
                Defendant.         )
_____)

**JOINT MOTION FOR ENTRY OF ESI PROTOCOL AND DISCOVERY ORDER**

The United States of America, the State of Illinois, and Defendant, by and through their respective counsel, jointly move for entry of the proposed ESI Protocol and Discovery Order attached to this motion as Exhibit 1. The proposed Order will expedite the flow of discovery material between the parties and facilitate the prompt resolution of discovery disputes by delineating the scope of discovery devices and ensuring that ESI is preserved, collected, processed, and produced in a mutually agreed upon manner. For these reasons, the parties respectfully request the Court enter the proposed ESI Protocol and Discovery Order attached to this motion.

1

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA


*s/ Nicholas McDaniel*
NICHOLAS McDANIEL
LAUREN MATOSZIUK
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
202-514-0096
Nicholas.McDaniel@usdoj.gov
Lauren.Matosziuk@usdoj.gov



FOR PEOPLE OF THE STATE OF ILLINOIS,
*ex rel*. KWAME RAOUL, Attorney
General of the State of Illinois,

MATTHEW J. DUNN, Chief
Environmental Enforcement/
Asbestos Litigation Division

By:     *s/ Caitlin M. Kelly*
CAITLIN M. KELLY
Assistant Attorney General
Environmental Bureau
69 W. Washington St., Ste 1800
Chicago, IL 60602
312-415-7164
Caitlin.Kelly@ilag.gov
EBS@ilag.gov

2

FOR THE CITY OF EAST ST. LOUIS

By:     *s/ Grey R. Chatham, Jr.*
GREY R. CHATHAM, JR.
Chatham & Baricevic
107 West Main Street
Suite 1
Belleville, IL 62220
618-233-2200
Fax: 618-233-1589
Email: greyjr@chathamlaw.org


ALVIN C. PAULSON
Law Office of Alvin C. Paulson
107 West Main Street
Belleville, IL 62220
618-233-2200
Fax: 618-233-1589
Email: alvin@chathamlaw.org

3