IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>THE CITY OF EAST ST. LOUIS, ILLINOIS,<br><br>　　Defendant. | Civil Action No. 24-2592 |

**MOTION FOR WITHDRAWAL OF COUNSEL
FOR THE UNITED STATES OF AMERICA**

　　On June 9, 2025, Kristin Furrie entered an appearance as counsel for the United States of America. Pursuant to S.D. Ill. L.R. 83.1(h), the undersigned attorney hereby requests the withdrawal of Nicholas McDaniel and Lauren Matosziuk as counsels of record for the United States.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ *Nicholas A. McDaniel*
　　　　　　　　　　　　　　　　　　NICHOLAS A. McDANIEL
　　　　　　　　　　　　　　　　　　Senior Attorney
　　　　　　　　　　　　　　　　　　Environmental Enforcement Section
　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice