**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>THE STATE OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF EAST ST. LOUIS,<br>ILLINOIS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER: 3:24-cv-2592 |

**BI-MONTHLY STATUS REPORT**

Now comes, the City of East St. Louis ("The City"), by and through their attorneys, Chatham & Baricevic, and for their bi-monthly status report states as follows:

1. The grant for bringing the 63rd Street pump station up to standards has been finalized. The Corp of Engineers has requested information from the consultants for the City to begin implementation.

2. No progress has been made on getting Cahokia Heights to pay for use of East St. Louis sewer lines to transport waste to the treatment plant.

3. The City has applied for grants and are awaiting decisions.

4. There is no change in the effort to secure direct funding from the federal and/or state governments. East St. Louis continues to pursue funding but have not commitments from either government.

Respectfully submitted,

By: /S/ CHARLES J. BARICEVIC
CHARLES J. BARICEVIC #6305418
ALVIN PAULSON #6193202
Chatham & Baricevic
107 West Main Street
Belleville, IL 62220
PHONE: 618-233-2200
FAX: 618-233-1589
alvin@chathamlaw.org
cj@chathamlaw.org
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I, Charles J. Baricevic, hereby certify that on August 5, 2026, I electronically filed with the Clerk of the Court the foregoing using the CM/ECF system, which will send notification of such filing to all registered users in the case.

/S/ CHARLES J. BARICEVIC