IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF EAST ST. LOUIS, ILLINOIS,<br><br>Defendant. | Civil Action No. 24-2592 |

**PLAINTIFFS' BI-MONTHLY STATUS REPORT**

The United States of America, on behalf of the Environmental Protection Agency ("EPA"), and the State of Illinois, on behalf of the Illinois Environmental Protection Agency ("IEPA"), (collectively the "Governments") submit their third Bi-Monthly Status Report pursuant to the terms of the Stipulation of Judgment on Liability, Stay of Litigation, and Interim Relief (Dkt. No. 27) (the "Stipulation"). The Governments filed their first Bi-Monthly Status Report on April 29, 2026 (Dkt. No. 29), and their second Bi-Monthly Status Report on June 30, 2026 (Dkt. No. 32). Below we state each of the items required in this status report, followed by our update.

***1. Status of any approvals, comments, or revisions made by the Governments on any reports, plans, or submissions made by the City for review or approval by Illinois EPA and/or EPA relating to: (i) the Implementation Schedule; (ii) the 2022 CSO Order; (iii) the 2023 Maintenance Order; (iv) the renewal application for the 2019 Permit; or (v) the Long Term Control Plan.***

The Permit Section of IEPA's Bureau of Water continues taking steps toward finalizing the City of East St. Louis' (City) draft National Pollution Discharge Elimination System (NPDES) permit. On July 9, 2026, IEPA's Bureau of Water published the draft NPDES permit

renewal for the City. The publication started a 30-day public comment period that provided the public, adjacent property owners, interested groups and individuals, local agencies, state agencies, and Federal agencies an opportunity to comment on the draft NPDES permit renewal. The notice period ended on August 10, 2026. IEPA's Bureau of Water received one comment letter during the public notice period, which was submitted by the City. The City's comment letter asked for clarification on certain provisions of the draft NPDES permit renewal, which IEPA's Bureau of Water is currently reviewing.

***2. A discussion of the City's compliance with the requirements or obligations in any of the reports, plans, or submissions referenced above.***

The City submitted on July 31, 2026, its Combined Sewer Overflow Report and Maintenance Report for the Dayline Track for the second quarter of 2026. The Governments are reviewing those reports.

On August 4, 2026, the Parties held a second technical call to discuss a variety of issues. The second technical call again focused on the City's compliance with the Administrative Order on Consent that addresses the City's failure to comply with certain requirements of its NPDES permit ("2022 CSO Order"), and the Administrative Order on Consent that addresses cleaning and maintenance work on the Dayline Track Trunk Line between 89th St. and 53rd St. ("2023 Maintenance Order"). The City also reported on Phase 2 of the Sanitary Sewer Evaluation Survey, including the status of the hydraulic model, and the collection of data from approximately 16 sensors throughout the City's combined sewer system. The Parties intend to schedule another technical call prior to the Governments' next monthly report.

The Parties' Stipulation [Dkt. No. 27] states that Phase 2 of the Survey will be completed by the end of this year. The Parties will advise the Court if the timeline in the Stipulation needs adjustment.

On August 11, 2026, the City shared with the Governments a Sanitary Sewer Overflow or Bypass Report for an event that occurred the day prior. The report explained that approximately 50 gallons of wastewater was discharged after a potential collapse of a sewer line based on tree roots adversely impacting the sewer pipe.

On August 13, the City sent EPA a copy of a design package for the elimination of the combined sewer outfall that discharges to Frank Holten State Park Lake. The elimination of this outfall is both required by the NPDES permit renewal and key to the City's ability to obtain approval of a Long Term Control Plan. The design package was prepared as part of the City's submission to FEMA for a Building Resilient Infrastructure and Communities grant that makes federal funds available to local governments for pre-disaster and hazard mitigation projects.

***3. A discussion of any known obstacles to or delays in the City's ability to maintain compliance with future obligations referenced above, to the extent that the Governments are aware of such obstacles or delays.***

During the August 4 meeting, the City again voiced concern about its limited resources. The City reported that limitations on federal grants and other funding sources are adversely impacting the City's ability to perform necessary capital improvements. However, the City reported that it obtained the funding necessary to match the Army Corps of Engineers' grant for the 63rd Street pump station. The Army Corps of Engineers will perform the work required to improve the 63rd Street pump station. For this reason, the City does not control the exact timeline of the project, but the City expects the Army Corps of Engineers to begin work in early 2027 on the 63rd Street pump station.

DATED: August 31, 2026

FOR THE UNITED STATES OF AMERICA:

*/s/Matthew Indrisano*
KRISTIN M. FURRIE
MATTHEW C. INDRISANO
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington DC 20044-7611
202-598-3308 (Furrie)
202-535-5969 (Indrisano)
kristin.furrie@usdoj.gov
matthew.indrisano@usdoj.gov

FOR THE STATE OF ILLINOIS:

RACHEL MEDINA, Chief
CHRISTINA BRIGGS
CAITLIN KELLY
Assistant Attorneys General
Environmental Bureau
Illinois Attorney General's Office
500 South Second Street
Springfield, Illinois 62701
rachel.medina@ilag.gov
christina.briggs@ilag.gov
caitlin.kelly@ilag.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I electronically filed with the Clerk of the Court the foregoing using the CM/ECF system, which will send notification of such filing to all registered users in the case.

*/s/Matthew Indrisano*
Matthew Indrisano